UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Torique Blake,<br><br>　　　　　　　　Plaintiff,<br><br>　　　-v-<br><br>CJ Cafe No 1 Inc, and<br>Jhanin Thomas,<br><br>　　　　　　　　Defendants. | Civil Action #: 20-CV-01103<br>(EK)(RML)<br><br>NOTICE OF VOLUNTARY DISCONTINUANCE WITHOUT PREJUDICE |

**PLEASE TAKE NOTICE THAT**, Plaintiff Torique Blake, by his undersigned counsel, hereby discontinues the above-entitled action against Defendants CJ Cafe No 1 Inc, and Jhanin Thomas *without* prejudice pursuant to the Federal Rules of Civil Procedure ("FRCP"), including FRCP 41(a)(1)(A)(i), and *without* legal fees or costs to either or any party. This dismissal is *without* prejudice to Plaintiff refiling his claims including through the Federal and State Departments of Labor.

**Dated:** Queens Village, New York
　　　　　March 5, 2021

Abdul Hassan Law Group, PLLC

*/s/ Abdul Hassan*
**By: Abdul K. Hassan, Esq. (AH6510)**
*Counsel for Plaintiff Torique Blake*
215-28 Hillside Avenue
Queens Village, NY 11427
Tel: 718-740-1000
Fax: 718-740-2000
Email: abdul@abdulhassan.com